Same case below, 391 Ill. App. 3d 926, 331 Ill. Dec. 582, 911 N.E.2d 403.

**No. 09-8371. Josephine Ledezma, Petitioner v. United States.**

559 U.S. 955, 130 S. Ct. 1547, 176 L. Ed. 2d 139, 2010 U.S. LEXIS 1295.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 09-8372. Marjorie Ventruella and Victoria Biks, Petitioners v. United States.**

559 U.S. 955, 130 S. Ct. 1547, 176 L. Ed. 2d 139, 2010 U.S. LEXIS 1459.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 585 F.3d 1013.

**No. 09-8374. Jose Martin Saavedra-Velazquez, Petitioner v. United States.**

559 U.S. 955, 130 S. Ct. 1547, 176 L. Ed. 2d 139, 2010 U.S. LEXIS 1278.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 578 F.3d 1103.

**No. 09-8376. James Franklin Perry, Sr., Petitioner v. United States.**

559 U.S. 955, 130 S. Ct. 1547, 176 L. Ed. 2d 139, 2010 U.S. LEXIS 1141.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 345 Fed. Appx. 494.

**No. 09-8380. Mario Nathaniel Baker, Petitioner v. United States.**

559 U.S. 955, 130 S. Ct. 1548, 176 L. Ed. 2d 139, 2010 U.S. LEXIS 1207.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 340 Fed. Appx. 145.

**No. 09-8382. Manuel Cabrera-Alejandre, Petitioner v. United States.**

559 U.S. 955, 130 S. Ct. 1548, 176 L. Ed. 2d 139, 2010 U.S. LEXIS 1386.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 334 Fed. Appx. 816.

**No. 09-8383. Amr Mohsen, Petitioner v. United States Trustee.**

559 U.S. 955, 130 S. Ct. 1548, 176 L. Ed. 2d 139, 2010 U.S. LEXIS 1196.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 321 Fed. Appx. 607.

**No. 09-8384. Jeremy Vaughn Pinson, Petitioner v. United States.**

559 U.S. 955, 130 S. Ct. 1548, 176 L. Ed. 2d 139, 2010 U.S. LEXIS 1131.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 584 F.3d 972.